JAMES VAN BUREN, RESPONDENT, *v.* RICHARD STOKES AND ANOTHER, APPELLANTS.

*Promissory note — usury.*

This action was brought upon a promissory note. The answers set up usury as a defense. The note was made by the defendant, Stokes, to raise money upon. The bank having refused to discount it, he applied to one Hill, who offered to discount it for a shave of six dollars, to which the defendant agreed. Hill then took the note and soon returned with plaintiff's check for the amount of the note, less legal discount, payable to the order of Stokes, who took the check to the bank, received the money, and paid Hill the six dollars according to agreement. Plaintiff had no knowledge that Hill received or was to receive anything from Stokes, nor did plaintiff receive or agree to receive the six dollars, or any part thereof. *Held*, that the plaintiff was entitled to recover.

The cases of *Elmer* v. *Oakley*,* *Condit* v. *Baldwin*,† and *Bell* v. *Day*,‡ followed.

---

* Freeman v. Freeman, 51 Barb., 312.      † Freeman v. Freeman, 43 N. Y., 35.
* 3 Lans., 34.                    † 21 N. Y., 219.            ‡ 32 N. Y., 165.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*J. V. V. Kenyon*, for the appellants.

*D. E. Keyser*, and *A. Schoonmaker, Jr.*, for the respondent.

Opinion by BOARDMAN, J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed, with costs.